ALSD Local 91 (Rev. 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>Amare Jemal Woods,<br>aka "jemalthereisalone" | ) | Case No.<br>26-MJ- 331-N<br><br>Filed Under Seal |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 27, 2026 in the county of Mobile in the Southern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871 | Threats against the President |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Terrance O'Donohue, Special Agent, FBI

*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: October 1, 2026 11:50 pm

*Judge's signature*

City and state: Mobile, Alabama

Katherine P. Nelson, U.S. Magistrate Judge

*Printed name and title*

Certified to be a true and correct copy of the original.
Christopher Ekman,
U.S. District Court Southern District of Alabama
By: Tina Wood
Deputy Clerk
Date: October 02, 2026