# AFFIDAFIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Terrance O'Donohue, Special Agent of the Department of Justice, Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and accompanying arrest warrant for **Amare Jemal Woods** ("**Woods**"). All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2. I am a Special Agent with the FBI and have been so employed since January 2024. I am currently assigned to the Mobile Field Office. I am authorized to investigate alleged violations of federal statutes, to include, but not limited to those related to international terrorism, domestic terrorism, and other various federal crimes. Based on my training and experience, as well as the training and experience of the special agents and analysts working with me on this case, I am familiar with criminal activity associated with acts of domestic terrorism.

3. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from other law enforcement officers, and information obtained from interviews and analyses of reports and data. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 871 (Threats against the President) has been committed by **Woods**.

SEALED

**PROBABLE CAUSE**

5. On September 29, 2026, an intelligence search of social media in anticipation of President Donald J. Trump's visit to Mobile, Alabama, on October 2, 2026, was conducted. A threatening statement was made by TikTok account username "jemaltherealone," display name "jemaltherealone," as discovered on the social media platform TikTok. On September 27, 2026, "jemaltherealone" posted, "he gotta die bro," with the loudly crying face emoji next to it. The post was made in a comment responding to a post about the President's intended visit to the University of South Alabama campus on October 2, 2026. *See* Figure 1 below.




***Fig. 1.***

6. On September 30, 2026, an Emergency Disclosure Request ("EDR") was submitted to TikTok requesting information related to TikTok account username "jemaltherealone." On September 30, 2026, TikTok responded to the EDR. According to TikTok, the phone number "+1 [redacted]-7917" is listed on the account. Open-source information revealed that phone number "+1 [redacted]-7917" is associated with a Snapchat account.

7. On September 30, 2026, an EDR was submitted to Snapchat requesting information related to phone number "+1 [redacted]-7917." On September 30, 2026, Snapchat responded to the EDR. According to Snapchat, the phone number "+1 [redacted]-7917" is associated with the University of South Alabama ("USA") email address "[redacted]@jagmail.southalabama.edu."

8. On October 1, 2026, FBI Task Force Officer Julian Nettles requested information from Sergeant Richard Burns of the University of South Alabama Police Department. Sergeant Burns was contacted in reference to the phone number "+1 [redacted]-7917" and email address "[redacted]@jagmail.southalabama.edu." Sergeant Burns provided that **Amare Jemal Woods**, date of birth [redacted], home address [redacted], Saraland, Alabama, phone number [redacted]-7917, is associated with the provided information. **Woods** is a current USA student in the aerospace engineering department.

9. Further review of the TikTok account "jemaltherealone" associates it with **Woods's** Instagram account "soe.amare," as well as a post on August 17, 2026, captioned "College Dump," which includes a picture of **Woods** at a USA event. The photo is consistent with **Woods's** Alabama identification photograph.

10. Based on the facts set forth in this affidavit, I believe that there is probable cause that **Woods** violated 18 U.S.C. § 871 (Threats against the President). Accordingly, I request that this Court issue a warrant for **Woods's** arrest.



SEALED

## CONCLUSION

11. Based on the foregoing, probable cause exists that a violation of 18 U.S.C. § 871 (Threats against the President) have been committed by **Amare Jemal Woods**.

Respectfully submitted,

Terrance O'Donohue
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(B) THIS 1 DAY OF OCTOBER 2026.

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court Southern District of Alabama
By: Tina Wood
Deputy Clerk
Date: October 02, 2026



SEALED