AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
Amare Jemal Woods,
aka "jemaltherealone"

*Defendant*

Case No. 26-MJ- 331-N

Filed Under Seal

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Amare Jemal Woods, aka "jemaltherealone" ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 871 - Threats against the President

Date: October 1, 2026

*Issuing officer's signature*

City and state: Mobile, Alabama 11:50 pm

Katherine P. Nelson, U.S. Magistrate Judge

*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________ at *(city and state)* ____________ . |
| Date: ____________ *Arresting officer's signature* |
| *Printed name and title* |

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court Southern District of Alabama
By: Tina Wood
Deputy Clerk
Date: October 02, 2026

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Amare Jemal Woods, aka

Known aliases: jemaltherealone

Last known residence: [redacted] Saraland, Alabama 36571

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: [redacted]

Social Security number:

Height: Weight:

Sex: Male Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: