AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
Amare Jemal Woods,
aka "jemaltherealone"

*Defendant*

Case No. 26-MJ-

Filed Under Seal

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Amare Jemal Woods, aka "jemaltherealone",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 871 - Threats against the President

Date: October 1, 2026 11:50pm

[signature]
*Issuing officer's signature*

City and state: Mobile, Alabama

Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/1/26, and the person was arrested on *(date)* 10/2/26
at *(city and state)* Saraland, Alabama.

Date: 10/2/26

[signature]
*Arresting officer's signature*

Special Agent Danielle Campana
*Printed name and title*